76 So.2d 860

## Hilary H. BEDGOOD
### v.
### STATE.
2 Div. 885.

Court of Appeals of Alabama.

Dec. 7, 1954.

John Randolph Smith and T. G. Gayle, Selma, for appellant.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

93 So.2d 812

## Ernest H. BLACKSTOCK
### v.
### STATE.
8 Div. 785.

Court of Appeals of Alabama.

Feb. 19, 1957.

Harold T. Pounders, Florence, for appellant.

John Patterson, Atty. Gen., and Robt. G. Kilgore, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

93 So.2d 812

## Carl T. BROTHERS
### v.
### STATE.
7 Div. 443.

Court of Appeals of Alabama.

March 5, 1957.

Robt. H. King, Gadsden, for appellant.

John Patterson, Atty. Gen., and Geo. Young, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.